# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA

Scott L. Poff
Clerk

OFFICE OF THE CLERK
P.O. Box 1130
AUGUSTA, GEORGIA   30903

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
(706)849-4400

2014 APR 25  PM 4:04

CLERK _CAdams_
SO. DIST. OF GA.

RECEIPT OF INSTRUCTIONS

CV __CV114 105__

I, _Levi White_ (name) do hereby certify that I have been given instructions for the filing

of the Rule 26(f) Report this _25_ day of _April_, 20_14_.

_____
Pro Se Plaintiff