ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 JUN -2 A 10: 11

CLERK _____
SO. DIST. OF GA.

LEVI T. WHITE

PLAINTIFF

VS

CONVERGENT OUTSOURCING INC

Defendant

Case No CV 114 105

### REQUEST FOR CLERK'S ENTRY OF DEFAULT

Levi T. White, the Plaintiff in this case, deposes and say under penalty of perjury:

1. I am the Plaintiff in the above-entitled action. I am familiar with all the facts and circumstances in this action.

2. I make this affirmation pursuant to Rule 55.1 and 55.2(A) of the Federal Civil Rules for the Southern District of Georgia in support of Plaintiff's application of the entry of a default judgment against Defendant CONVERGENT OUTSOURCING INC,.

3. This is a action to recover statutory damages owed by the Defendant CONVERGENT OUTSOURCING INC, for violation of the Fair Credit Reporting Act, (FCRA) and the Fair Debt Collection Practices Act, (FDCPA). The Defendant is not an infant, in the military, nor an incompetent person.

4. Jurisdiction of the subject matter is base on Plaintiff at all times being a citizen of the United States and resident of Richmond County, Georgia.

5. This action was commenced on April 24, 2014 by the filing of the summons and complaint. A copy of the summons and complaint was served on the Defendant on May 7, 2014 by James Signorelli from GARY'S PROCESS SERVICE,

INC. Service was made via United States Postal Service on May 2, 2014 requiring a signed receipt certificate number 7013 3020 0000 3503 3316 pursuant to FRCP 4 and 12 on the defendant CONVERGENT OUTSOURCING INC, located at 800 SW 39 TH ST, RENTON WA 98057. Proof of service was filed with the Clerk of the Court and the Court assigned the case number CV 114 105.

6. Defendant has not answered the complaint and the time to answer the complaint has expired ref FRCP 12.

7. This action seeks judgment for statutory damages in the amount of $4000.00 plus cost which is justly due and no part has been paid to date.

   WHEREFORE, Plaintiff requests the entry of Default and entry of Judgment against the Defendant.

Dated: In Augusta, Georgia  June 2, 2014

                                        Respectfully Submitted

                                        Levi T. White
                                        2225 Morningside Dr.
                                        Augusta, Georgia 30904
                                        706-294-8822

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

LEVI T. WHITE
PLAINTIFF

VS                                                          **Case No CV 114 105**

CONVERGENT OUTSOURCING INC
Defendant

### AFFIDAVIT OF FALIURE TO PLEAD OR DEFEND
### AS TO CONVERGENT OUTSOURCING INC,

The undersigned, being duly sworn, upon deposes and say:

1. That he is Plaintiff and has personal knowledge of the facts set forth in this affidavit;

2. That Plaintiff on April 24, 2014 filed in this action a Complaint against the Defendant including CONVERGENT OUTSOURCING INC,.

3. That the Summons for CONVERGENT OUTSOURCING INC was issued in this matter on May 2, 2014;

4. That the Summons for CONVERGENT OUTSOURCING INC issued in this matter was served on Defendant CONVERGENT OUTSOURCING INC, by James Signorelli from Gary's Process Service 14973 Interuban Ave # 201 Seattle WA 98168, on May 7, 2014;

5. That evidence of service of the Summons on CONVERGENT OUTSOURCING INC is being filed with the Court as an attachment to this Affidavit;

6. That not less than 21 days have elapsed since service of the Summons and Complaint upon CONVERGENT OUTSOURCING INC;

7. That examination of the Court files and records in this action shows that CONVERGENT OUTSOURCING INC, has failed to plead or otherwise defend as to Plaintiff's Complaint;

8. That this Affidavit is executed by the affiant herein for the purpose of enabling Plaintiff to obtain an Entry of Default against CONVERGENT OUTSOURCING INC for failure to plead or otherwise defend as to Plaintiff's Complaint.

_____ Affiant

Levi T. White

Subscribed and sworn to before me this 2 day of June, 2014.

_____ Notary Public

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

LEVI T. WHITE
PLAINTIFF

VS                                           **Case No CV 114 105**
CONVERGENT OUTSOURCING INC
Defendant

### AFFIDAVIT IN SUPPORT OF CLERK'S ENTRY OF DEFAULT

I hereby certify that I am the plaintiff or the attorney of record for the plaintiff in the above cause, and the defendant CONVERGENT OUTSOURCING INC was served by the following method:

Certified Mail # 7013 3020 0000 3503 3316 by James Signorelli from GARY'S PROCESS SERVICE, INC.

I further certify that the defendant has failed to serve an answer or other responsive pleading no extension has been granted or any extension has expired; the defendant is neither an infant (under age 21) nor an incompetent person; the defendant is not in the active military service of the United States of America or its officer or agents or was not six months prior to the filing of the case.

The Clerk is requested to enter a default against said defendant.

Date  June 2, 2014

Respectfully submitted

By: _____
Levi T. White, Pro se
2225 Morningside Dr.
Augusta Ga. 30904
nazinga58@yahoo.com
706-294-8822

# CASE NUMBER CV 114 105

## COST INCURRED AND STATUTORY DAMAGE

1. UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT COURT                                    $ 400.00
   FILING FEE

2. CERTIFIED MAIL POSTAGE FEE                                 $11.60

3. GARY'S PROCESS SERVICE FEE                                 $ 65.00

4. FAIR CREDIT REPORTING ACT
   (FCRA) SATUTORY DAMAGE TOTAL                               $3000.00

5. FAIR DEBT COLLECTION PRACTICES ACT
   (FDCPA) STATUTORY DAMAGE TOTAL                             $1000.00

**TOTAL COST INCURRED AND STATUTORY DAMAGE        $4,476.60**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)



COPY

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 MAY 16 P 3: 19

CLERK _____
SO. DIST. OF GA.

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CONVERGENT OUTSOURCING, INC.

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ALISIA STEPHENS , who is
designated by law to accept service of process on behalf of *(name of organization)* CONVERGENT
OUTSOURCING on *(date)* 5/7/14 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/8/14

_____
Server's signature

JAMES SIGNORELLI
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of GEORGIA

Case Number: CV114 105

Plaintiff:
**LEVI T. WHITE**

vs.

Defendant:
**CONVERGENT OUTSOURCING, INC**

Service Documents:
SUMMONS; COMPLAINT

Received by GARY'S PROCESS SERVICE, INC. on the 2nd day of May, 2014 at 12:49 pm to be served on **CONVERGENT OUTSOURCING, INC C/O LEGAL DEPARTMENT, 800 SW 39TH ST, RENTON, WA 98057**.

I, James Signorelli, do hereby affirm that on the **7th day of May, 2014** at **9:42 am, I:**

**PERSONALLY** delivered at the time and place set forth above, a true and correct copy of the **SUMMONS; COMPLAINT** leaving same with ALISIA STEPHENS-LEGAL DEPARTMENT-LITIGATION SUPPORT SPECIALIST .

**Description** of Person Served:  Age: 30,  Sex: F,  Race/Skin Color: ASIAN,  Height: 5'5",  Weight: 110,  Hair: BLACK,  Glasses: N

## RETURN OF SERVICE for CV114 105

I declare under penalty of perjury under the laws of the State of Washington: That I am now and at all times herein mentioned a citizen of the United States and resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

James Signorelli
KING-877690

GARY'S PROCESS SERVICE, INC.
14973 Interurban Avenue South
Suite 201
Tukwila, WA 98168
(206) 431-5699
Our Job Serial Number: GPT-2014011428

```
        USPS AUGUSTA MAIN POST OFFICE
              AUGUSTA, Georgia
                  309019998
              1254920605 -0099
04/30/2014      (706)823-3113      03:12:35 PM
─────────────────────────────────────────────
                Sales Receipt
Product         Sale    Unit        Final
Description     Qty     Price       Price

@@ -- SEATTLE WA 98168-4610              $5.60
Zone-8
Priority Mail 2-Day
Flat Rate Env
 4.00 oz.
Expected Delivery: Fri 05/02/14
Includes $50 insurance

Return Rcpt (Green Card)                 $2.70
@@ Certified                             $3.30
USPS Certified Mail #:
70133020000035033316
                                      ========
Issue PVI:                              $11.60


Total:                                  $11.60

Paid by:
Cash                                    $12.00
Change Due:                             -$0.40

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
*********************************************
*********************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards
available for purchase at select Post
Offices.
*********************************************
*********************************************

-- Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
usps.com/ship/file-domestic-claims.htm.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
*********************************************
*********************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*********************************************
*********************************************


Bill#: 1000100620342
Clerk: 13

   All sales final on stamps and postage
   Refunds for guaranteed services only
       Thank you for your business
*********************************************
*********************************************
         HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

         TELL US ABOUT YOUR RECENT
              POSTAL EXPERIENCE

            YOUR OPINION COUNTS
```

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Gary Process Service
   14973 Interurban Ave
   #201
   Seattle WA 98168

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signed] Jason Ouellette  ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   Tasha Wetlands
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☑ Certified Mail®       ☐ Priority Mail Express™
   ☐ Registered            ☐ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ Collect on Delivery
4. Restricted Delivery? (Extra Fee)           ☐ Yes

2. Article Number
   (Transfer from service label)
   7013 3020 0000 3503 3316

PS Form 3811, July 2013     Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

SEATTLE WA 98168          OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 5.60 | 0605 |
| Certified Fee | $3.30 | [Postmark AUGUSTA GA APR 30 2014] |
| Return Receipt Fee (Endorsement Required) | $2.70 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $11.60 | |

Sent To  Gary Process Service
Street, Apt. No.;
or PO Box No.  14973 Interurban Ave
City, State, ZIP+4  Seattle WA 98168

7013 3020 0000 3503 3316

PS Form 3800, August 2006          See Reverse for Instructions

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO VIEW

WESTERN UNION MONEY ORDER ISSUER: WESTERN UNION FINANCIAL SERVICES, INC.

14-873032956

A 342993 D 043014
T 1255 01
148730329562 L 003275

$ 65.00

PAY EXACTLY SIXTY-FIVE DOLLARS AND NO CENTS
PAY TO THE ORDER OF Gary Process Service
PURCHASER'S ADDRESS 2225 Morningside Dr, Augusta GA
PAYMENT FOR/ACCT. #
PURCHASER'S SIGNATURE

⑇102100400⑇  40148730329562⑇

**MONEY ORDER RECEIPT - NON NEGOTIABLE**

← LOAD THIS DIRECTION, THIS SIDE UP

LOAD THIS DIRECTION, THIS SIDE UP →

AGT 342993 LOC 003275 DT 043014 $65.00 65DOLLARS AND NO CENTS

Payable to: _____
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer service, call 1-800-999-9660.

* 14873032956 *



**GARY'S PROCESS SERVICE, INC.**
14973 Interurban Avenue South
Suite 201
Tukwila, WA 98168
Phone: (206) 431-5699
Fax: (206) 431-5695

**INVOICE**

Invoice #GPT-2014011428
5/8/2014



Levi White
225 Morningside Dr
Augusta, GA 30904

**Case Number:** SOUTHERN CV114 105

**Plaintiff:**
**LEVI T. WHITE**

**Defendant:**
**CONVERGENT OUTSOURCING, INC**

Received: 5/2/2014   Served: 5/7/2014 9:42 am   GPS/PERSONAL / CORP. SERVICE
To be served on: CONVERGENT OUTSOURCING, INC C/O LEGAL DEPARTMENT

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 65.00 | 65.00 |
| **TOTAL CHARGED:** | | | **$65.00** |
| 05/02/2014    #14-873032956    Pre-Payment | | | 65.00 |
| **BALANCE DUE:** | | | **$0.00** |

Thank you for your business!

If paying off this invoice please include a copy with your check.
Visit garysprocessservice.com for status and request for service forms.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5k

# CERTIFICATE OF SERVICE

The true and correct copy of the foregoing documents was sent to the below named parties by Certified Mail # 7013 3020 0000 3503 3323.

Signed JUNE 2, 2014

ALISIA STEPHEN
LEGAL DEPARMENT -LITIGATION SUPPORT SPECIALIST
CONVERGENT OUTSOURING INC
800 SW 39TH ST
RENTON WA 98057
1-206-264-1267
1-206-322-4500