UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| LEVI T. WHITE, ) | |
| ) | Case No: <u>1:14CV00105-JRH-BKE</u> |
| Plaintiff, ) | |
| ) | |
| VS ) | |
| ) | |
| CONVERGENT OUTSOURCING, ) | |
| INC. ) | |
| Defendant. | |

AMENDED

<u>CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
CONVERGENT OUTSOURCING, INC.
S.D. Ga. LR 7.1.1</u>

COMES NOW, Convergent Outsourcing, Inc. ("Defendant"), by and through its undersigned counsel, pursuant to S.D. Ga. LR 7.1.1, and hereby files this Corporate Disclosure Statement, respectfully stating as follows:

The undersigned, counsel of record for Defendant, certify that the following is a full and complete list of the parties in this action:

| | |
|---|---|
| Mr. Levi T. White | Plaintiff |
| Convergent Outsourcing, Inc. | Defendant |

1

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above-identified parties:

Convergent Outsourcing, Inc.:

| | |
|---|---|
| Mr. Michael G. Meyer | Chief Executive Officer, Outsourcing |
| Mr. Jeff Hunter | Executive Vice President, Operations |

Defendant reserves the right to amend this disclosure, if necessary.

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or any publicly-held corporation that holds 10% or more of a party's stock):

Account Control Technology Holdings, Inc.

Convergent Outsourcing, Inc. is neither a subsidiary nor affiliate of a publicly traded company. No publicly held corporation owns 10% or more of Convergent Outsourcing, Inc.'s stock.

Respectfully submitted this 3rd day of June, 2014.

                           **MARK L. WILHELMI, P.C.**

                           */s/ Mark L. Wilhelmi*
                           Mark L. Wilhelmi
                           Georgia Bar No. 759049
                           Co-counsel

3527 Wheeler Road, Suite 401
Augusta, Georgia 30909
Tel: (706) 868-9646
Fax: (706) 868-9647

                           **GORDON & REES, LLP**

                           */s/ Jeffrey W. Melcher*
                           Jeffrey W. Melcher
                           Georgia Bar No.: 501180
                           Motion for Admission *Pro Hac Vice* to be
                           Filed
                           Lead Counsel

The Pinnacle Building
3455 Peachtree Road, Ste. 1500
Atlanta, Georgia 30326
Tel: (404) 869-9054
Fax: (404) 389-8475

                           *Attorneys for Defendant Convergent*
                           *Outsourcing, Inc.*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| LEVI T. WHITE, | ) | |
| | ) | Case No: <u>1:14CV00105-JRH_BKE</u> |
| Plaintiff, | ) | |
| | ) | |
| VS | ) | |
| | ) | |
| CONVERGENT OUTSOURCING, INC. | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CONVERGENT OUTSOURCING, INC.** by first class U.S. mail and by electronic filing through the CM/ECF system in accordance with the United States District Court rules to:

> Levi T. White
> 2225 Morningside Drive
> Augusta, GA 30904

[SIGNATURES ON THE FOLLOWING PAGE]

This 3rd day of June, 2014

**MARK L. WILHELMI, P.C.**

*/s/ Mark L. Wilhelmi*
Mark L. Wilhelmi
Georgia Bar No. 759049
Co-Counsel

3527 Wheeler Road, Suite 401
Augusta, Georgia 30909
Tel: (706) 868-9646
Fax: (706) 868-9647

**GORDON & REES, LLP**

*/s/ Jeffrey W. Melcher*
Jeffrey W. Melcher
Georgia Bar No.: 501180
Motion for Admission *Pro Hac Vice* to be Filed
Lead Counsel

The Pinnacle Building
3455 Peachtree Road, Ste. 1500
Atlanta, Georgia 30326
Tel: (404) 869-9054
Fax: (404) 389-8475

***Attorneys for Defendant Convergent Outsourcing, Inc.***